DATE: **7-2-07**   MY CASE NUMBER IS: **06-41647**

NAME: Debtor #1 **CRYSTAL D. GUNN**   SSN: XXX-XX-**7415**

NAME: Debtor #2: _____   SSN: XXX-XX-_____

*************************************************************************

(✓) My NAME has changed.

My new name is:                                My old name was:

Debtor #1 **CRYSTAL D. GARCIA**   Debtor #1 **CRYSTAL D. GUNN**

Debtor #2 _____   Debtor #2 _____

( ) My ADDRESS has changed. New address is for:   ( ) Debtor #1   ( ) Debtor #2   (✓) BOTH Debtors

Street: _____

Mailing: _____

City: _____   State: _____   Zip: _____

Telephone: (_____) _____

( ) My EMPLOYER has changed. New employer is for:   ( ) Debtor #1   ( ) Debtor #2

NOTE: *If you provide employer information, a SALARY DEDUCTION ORDER will be sent.*

Company: _____

Address: _____

City: _____   State: _____   Zip: _____

Telephone: (_____) _____

( ) SELF-EMPLOYED or working for FAMILY BUSINESS: *I will send MONEY ORDERS.*
   NOTE: If self-employed, you must submit MONTHLY OPERATING REPORTS. Mail Payments to:
   Chapter 13 Trustee-Savannah, P.O. Box 116561, Atlanta, GA 30368-6561.

( ) UNEMPLOYED: I will send new employer name & address when back to work.

( ) OTHER: _____

SIGNATURE: **Carolyn A. Morgan, PARALEGAL**

cc:   ✓   O. Byron Meredith, III, Chapter 13 Trustee      _____ James L. Drake, Jr., Chapter 7 Trustee
      _____ M. Elaina Massey, Chapter 13 Trustee          _____ Wiley A. Wasden, III, Chapter 7 Trustee
      _____ Barnee C. Baxter, Chapter 13 Trustee          _____ James B. Wessinger, Chapter 7 Trustee
      _____ Matt Mills, Asst. U.S. Trustee                _____ R. Michael Souther, Chapter 7 Trustee

CERTIFIED COPY
STATE OF GEORGIA
# Marriage License

**STATE OF GEORGIA**

License No. 2007-M-11

COUNTY OF LIBERTY

To any Clergy or any other person authorized to solemnize: You are hereby authorized and permitted to join the persons named below in Matrimony.

_Mark Anthony Garcia_ AND _Crystal Denail Gunn_ according to the Constitution and the laws of this state, and for doing so this shall be your sufficient license.

Given Under My Hand and Seal this _January 03, 2007_

By: _Gretta F. Logan_, Deputy Clerk

Signature Of Officiant _Nancy K. Aspinwall_, **PROBATE JUDGE**

I hereby certify, that the persons named above for whom this license was issued were joined together in Matrimony by me on _January 03, 2007_ in the City of _Hinesville_, _Liberty_ County, Georgia.

Recorded _January 03, 2007_
Book No. _"1A"_, Page No. _182_
_Gretta F. Logan_
(Dep.) CLERK

Title _Judge, Probate Court_
Address _P.O. Box 28_
_Hinesville, GA 31310_

I hereby certify that the above is a true and correct copy of the Marriage Record as it appears in my office.
Witness my hand and seal this _03_ day of _January_, 20 _07_.

_Nancy K. Aspinwall_
Nancy K. Aspinwall, Judge, Probate Court, Hinesville, Georgia 31313